353 A.2d 31

**In re ESTATE of Winnie W. WARNER, Deceased.**

**Appeal of Mary B. MUTH.**

Supreme Court of Pennsylvania.

Argued Jan. 23, 1976.

Decided March 17, 1976.

M. Paul Smith, William J. Cattie, III, Norristown, for appellant.

George V. Strong, Jr., Philadelphia, Samuel L. Sagendorph, Norristown, for appellee, John E. Warner, Extr. of Est. of Warner, Dec'd.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

### OPINION OF THE COURT

PER CURIAM.

Decree affirmed. Each party pay own costs.